IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NICHOLAS RAY PORTER**  **PLAINTIFF**
**ADC #157943**

v.  Case No. 4:17-cv-00484 KGB-BD

**SCOTT HUFFMAN,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 19). No objections to the Partial Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Partial Recommended Disposition in its entirety as this Court's findings in all respects. Accordingly, the Court dismisses without prejudice plaintiff Nicholas Porter's claims of overcrowding, access-to-the-courts, and retaliation. Furthermore, the Court dismisses with prejudice Mr. Porter's claims under 42 U.S.C. § 1983 against the Faulkner County Detention Center. The Court also dismisses the Faulkner County Detention Center as a party to this action. Mr. Porter's motion for status update is denied as moot (Dkt. No. 26).

It is so ordered, this the 17th day of April, 2019.

Kristine G. Baker
United States District Judge