IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NICHOLAS RAY PORTER,
ADC #157943                                                              PLAINTIFF

V.                           CASE NO. 4:17-CV-484-KGB-BD

SCOTT HUFFMAN, *et al*.                                                 DEFENDANTS

# ORDER

Plaintiff Nicholas Ray Porter has filed a motion for reconsideration of the order denying his motion for copies of all papers filed in his case. (Docket entry #33) In the order denying his motion for copies, the Clerk of Court was directed to send Mr. Porter a copy of the docket sheet so that Mr. Porter could identify specific docket entries he needed. (#32) Mr. Porter has now specified that he needs copies of the documents he has filed. (#33, p.2) For good cause, Mr. Porter's motion for reconsideration (#33) is GRANTED. The Clerk of the Court is directed to send Mr. Porter a copy of each paper he has filed.

Mr. Porter also requests information about docket entry #30, which is the Court's scheduling order. In that order, the Court has set the period for parties to seek responses from opposing parties to discovery requests. If Mr. Porter seeks discovery material from Defendants—whether responses to interrogatories, documents, admissions—he must send those requests directly to counsel for Defendants. The various types of discovery requests, *i.e.*, interrogatories, requests for documents, requests for admission, are explained in the Federal Rules of Civil Procedure.

As set out in the scheduling order, parties may submit motions for summary judgment on or before October 2. Summary judgment is appropriate, however, only if the moving party provides evidence showing that there is no genuine dispute about any fact important to the outcome of the case; and the party opposing summary judgment fails to come forward with evidence to rebut the moving party's evidence. See FED.R.CIV.P. 56.

IT IS SO ORDERED, this 15th day of July, 2019.

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE