IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICHOLAS RAY PORTER**                                                                                       **PLAINTIFF**
**ADC #157943**

v.                                          Case No. 4:17-cv-00484 KGB-BD

**SCOTT HUFFMAN**, *et al.*                                                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 60). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Accordingly, the Court dismisses with prejudice plaintiff Nicholas Ray Porter's individual-capacity claims against defendants Scott Huffman, Gary Andrews, Rusty Page, and Chris Riedmueller; these defendants are entitled to qualified immunity as to all remaining individual-capacity claims against them. The Court dismisses with prejudice Mr. Porter's remaining official-capacity claims against defendants challenging Faulkner County's policy, custom, or practice with respect to cleanliness at the Detention Center. In addition, the Court dismisses with prejudice Mr. Porter's claims that the Detention Center's grievance policies, procedure, or practices are unconstitutional; these claims fail to state a federal claim for relief.

It is so ordered, this the 23rd day of October, 2020.

Kristine G. Baker
United States District Judge