## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NICHOLAS RAY PORTER**
**ADC #157943**                                                                          **PLAINTIFF**

**v.**                        **Case No. 4:17-cv-00484 KGB-BD**

**SCOTT HUFFMAN,** *et al.*                                                    **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered this date, and this Court's prior Orders (Dkt. Nos. 19, 27), it is considered, ordered, and adjudged that plaintiff Nicholas Ray Porter's claims against defendants are dismissed.  The relief requested is denied.

So adjudged this the 23rd day of October, 2020.

_____
Kristine G. Baker
United States District Judge